UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>MYRA GABRIELA ALDANA,<br><br>                    Defendant. | Case No.  25cr3170-TWR<br>                    25MJ3987<br><br>**I N F O R M A T I O N**<br><br>Title 18, U.S.C., Sec. 1546 –<br>False Personation in<br>Immigration Matters (Felony);<br>Title 18, U.S.C., Sec. 2(b) –<br>Aiding and Abetting;<br>Title 18, U.S.C., Sec.<br>1028A(a)(1) – Aggravated<br>Identity Theft |

The United States Attorney charges:

Count 1

On or about July 18, 2025, within the Southern District of California, defendant MYRA GABRIELA ALDANA, when applying for admission to the United States, did willfully cause another to personate another and attempted to evade the immigration laws by having an adult appear under an assumed name without disclosing the adult's true identity, to wit, defendant presented a United States passport with the assumed name with initials K.H. to a Customs and Border Protection Officer at the San Ysidro, California Port of Entry as the entry document for the adult, in violation of Title 18, United States Code, Section 1546(a) and Title 18, United States Code, Section 2(b).

//

//

KSCH:8/1/25

<u>Count 2</u>

On or about July 18, 2025, within the Southern District of California, defendant MYRA GABRIELA ALDANA, when applying for admission to the United States, did willfully cause another to personate another and attempted to evade the immigration laws by having a minor appear under an assumed name without disclosing the minor's true identity, to wit, defendant presented a birth certificate with the assumed name with initials C.A.A. to a Customs and Border Protection Officer at the San Ysidro, California Port of Entry as the entry document for the minor, in violation of Title 18, United States Code, Section 1546(a) and Title 18, United States Code, Section 2(b).

<u>Count 3</u>

On or about July 18, 2025, within the Southern District of California, the defendant, MYRA GABRIELA ALDANA, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit: Aiding and Abetting the False Personation in Immigration Matters, in violation of Title 18, United States Code, Sections 2 and 1546, knowing that the means of identification belonged to another actual person, in violation of Title 18, United States Code, Section 1028A(a)(1).

DATED: August 8, 2025.

ADAM GORDON
United States Attorney

*Kaley S. Chan*
KALEY S. CHAN
Assistant U.S. Attorney

2